# CASE ANNOUNCEMENTS

*December 20, 2013*

[Cite as *12/20/2013 Case Announcements #2*, 2013-Ohio-5634.]

## MISCELLANEOUS ORDERS

**In re Disqualification of Jacob.**

It is ordered by the court, sua sponte, that Harry J. Jacob III, Attorney Registration No. 0008620, is hereby disqualified from acting as a judge pursuant to Gov.Jud.R. III(6)(A). It is further ordered that he shall remain disqualified while any and all indictments filed in the Cuyahoga County Court of Common Pleas are pending and until further order of this court.

# CASE ANNOUNCEMENTS

*December 23, 2013*

[Cite as *12/23/2013 Case Announcements*, 2013-Ohio-5631.]

## MOTION AND PROCEDURAL RULINGS

**2012–2041. Columbus City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.**

Board of Tax Appeals, No. 2010–K–1655. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the agreed motion to remand the appeal to the Board of Tax Appeals, it is ordered by the court that the motion is granted and this case is remanded to the Board of Tax Appeals so that the board may take further action as appropriate.

**2012–2087. Brooklyn City School Dist. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.**

Board of Tax Appeals, No. 2009–Q–3738. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion to remand this case to the Ohio Board of Tax Appeals to implement the settlement, it is ordered by the court that the motion is granted and this case is remanded to the Board of Tax Appeals so that the board may take further action as appropriate.

**2013–1041. Olympia Holdings, Ltd. v. Delaware Cty. Bd. of Revision.**

Board of Tax Appeals, No. 2011–L–88. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the agreed motion to remand the appeal to the Board of Tax Appeals, it is ordered by the court that the motion is granted and this case is remanded to the Board of Tax Appeals so that the board may take further action as appropriate.

## MISCELLANEOUS DISMISSALS